```
 1  DANIEL J. BRODERICK
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defenders
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  ATTORNEY FOR DEFENDANT
    CYNTHIA VAN HOLLAND
 6

 7
                   IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,      )   Cr.S. 12-253-KJM
11                                 )
                  Plaintiff,       )   STIPULATION AND ORDER FOR
12                                 )   CORRECTION OF RESTITUTION
         v.                        )
13                                 )
     CYNTHIA VAN HOLLAND,          )   Judge: Kimberly J. Mueller
14                                 )
                  Defendant.       )
15  _____  )

16

17       IT IS HEREBY STIPULATED by CYNTHIA VAN HOLLAND, through her

18  counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender,

19  and the United States Government, by and through its counsel,

20  MICHELLE RODRIGUEZ, Assistant United States Attorney, that the

21  restitution amount stated on the record at the sentencing hearing

22  on September 12, 2012, had an incorrect

23  restitution amount of $33,615.08.  The restitution amount should

24  / / /

25  / / /

26  / / /

27

28

                                  1
```

be $33,960.08. Scott Storey, United States Probation Officer, agrees with the new restitution amount.

DATED: September 14, 2012    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /S/ Dennis S. Waks
                                         DENNIS S. WAKS
                                         Supervising Assistant Federal Defender
                                         Attorney for Defendant
                                         CYNTHIA VAN HOLLAND

DATE: September 14, 2012     BENJAMIN B. WAGNER
                                         United States Attorney

                                         /S/ Dennis S. Waks for
                                         MICHELLE RODRIGUEZ
                                         Assistant United States Attorney

## O R D E R

IT IS HEREBY ORDERED that the restitution be corrected to reflect the amount of $33,960.08, in the above entitled cause.

Dated: September 18, 2012.

                                         _____
                                         UNITED STATES DISTRICT JUDGE